MAURICE FENICHEL, Appellant, v YESHIVA UNIVERSITY, Respondent.

We affirm the order below on the sole ground that this action, a proper subject for a CPLR article 78 proceeding, is

barred by the applicable four-month Statute of Limitations rule prescribed by CPLR 217. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Asch, JJ.